# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| AMY SMITH BATZGARCIA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-CV-00066-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 22, 2016, Order.

Signed:  November 22, 2016

Frank G. Johns, Clerk
United States District Court